**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 18-cv-61521-BLOOM/Valle**

SEASIDE INSURANCE, INC.,

     Plaintiff,

v.

SEA SIDE INSURANCE GROUP, LLC,
and MARIA G LOPEZ,

     Defendants.

_____/

**ORDER ON MOTION TO WITHDRAW**

**THIS CAUSE** is before the Court upon Defendants' Counsel's Motion to Withdraw as Counsel for Defendants, ECF No. [10] (the "Motion"). Defendants' counsel, Johnson Dalal, and Mark Johnson, Esq., seek leave to withdraw, stating that "[i]rreconcilable differences have arisen between the Firm and the Defendants which prevent the Firm from adequately representing the interests of Defendants." *Id.* The Motion requests until September 12, 2018 for Sea Side Insurance Group, LLC to retain new counsel, file a joint scheduling report, and respond to the Complaint. It is therefore **ORDERED AND ADJUDGED** as follows:

1. The Motion to Withdraw, **ECF No. [10]**, is **GRANTED IN PART, and DENIED IN PART**;

2. By **September 3, 2018,** Defendants' counsel shall serve a copy of this Order on Defendants and file a Notice with the Court indicating when service was made;

3. Subsequent to the filing of the Notice, Johnson Dalal and Mark Johnson, Esq., are relieved of any and all further obligations in this matter on behalf of Defendants;

4. Sea Side Insurance Group, LLC shall have until **September 12, 2018** to obtain new counsel and to have its new counsel file a Notice of Appearance with the Court;

5. Maria G. Lopez must inform the Court by **September 12, 2018** whether she has obtained counsel or wishes to proceed *pro se*. If she obtains new counsel, such counsel must file a notice of appearance by **September 12, 2018**;

6. Defendants shall respond to Plaintiff's Complaint, **ECF No. [1]**, by **September 21, 2018**;

7. The request for an extension to file a joint scheduling report is moot, as the Court has ordered the parties to file a joint scheduling report by **September 28, 2018**. *See* ECF No. [12];

8. The Clerk is ordered to **MAIL** a copy of this decision to Defendants at the address listed below.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of August, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Sea Side Insurance Group
Maria Lopez
2420 SE 17th Street,
Unit #403,
Fort Lauderdale, FL 33316